No. 04–1620. MILLS v. UNITED STATES. C. A. 4th Cir. ■

No. 04–1698. HUSBAND v. UNITED STATES. C. A. 4th Cir. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *United States* v. *Booker,* 543 U. S. 220 (2005).